UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY TAYLOR (#361497)

VERSUS                                                  CIVIL ACTION

IVY MILLER                                              NUMBER 13-471-BAJ-SCR

**RULING ON PLAINTIFF'S MOTION FOR MANDAMUS**

Before the court is the plaintiff's Motion for Mandamus. Record document number 6.

Plaintiff sought a writ of mandamus compelling prison officials to transfer him to another prison facility. Plaintiff complained that he fears his food will e poisoned and is being denied meaningful access to legal assistance and research materials. Plaintiff asserted that an inmate counsel substitute provided him with copies of legal materials and then asked him to sign a document acknowledging that he could not receive any more legal materials until he returned the copies.

First, the United States District Court lacks jurisdiction to review actions in the nature of mandamus to compel state officers or employees to perform duties owed the plaintiff. 28 U.S.C. § 1361.

Second, inmates have no justifiable expectation that they will be incarcerated in any particular prison within a state. *Olim v. Wakinekona*, 461 U.S. 238, 103 S.Ct. 1741 (1983).

Accordingly, the plaintiff's Motion for Mandamus to compel his

transfer to another facility is denied.

Baton Rouge, Louisiana, August 26, 2013.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE