UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY TAYLOR (#361497)                                CIVIL ACTION

VERSUS

IVY MILLER                                           NO.: 13-00471-BAJ-SCR

RULING AND ORDER

On October 28, 2013, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Troy Taylor's action be dismissed without prejudice for failure to exhaust available administrative remedies pursuant to 28 U.S.C. § 1997e(a), and with prejudice to refiling the complaint in forma pauperis. (Doc. 15.) Plaintiff claims that his constitutional rights were violated when he was not provided the correct number of copies that he requested and when he was not provided sufficient access to legal books.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 15, at 1.) A review of the record indicates that Plaintiff has not filed a memorandum in opposition to the Magistrate Judge's Report and Recommendation.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.[1]

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 15)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff Troy Taylor's action is **DISMISSED, without prejudice**, for failure to exhaust available administrative remedies pursuant to 28 U.S.C. § 1997e(a).

**IT IS FURTHER ORDERED** that Plaintiff Troy Taylor's action is **DISMISSED, with prejudice**, to refiling the complaint in forma pauperis.

Baton Rouge, Louisiana, this 11th day of December, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] At this time, the Court takes no position on whether Plaintiff's claims are actionable. However, as addressed by the Magistrate Judge, the law is clear that "[a] prisoner must exhaust his administrative remedies by complying with applicable prison grievance procedures before filing a suit related to prison conditions." *Johnson v. Johnson*, 385 F.3d 503, 514 (5th Cir. 2004) (Doc.15, at 3.) Thus, Plaintiff's complaint will be dismissed, without prejudice.